REGINA KROOPF, Respondent, v. CLARENCE C. KASKEL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ..

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of GEORGE W. DIEDRICKS, Respondent, v. PETER W. GIBBONS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FREDERICK F. NEUMAN, Appellant, Respondent, v. GEORGE W. NEWGASS, Respondent, Appellant.— Final judgment appealed from and interlocutory judgment and orders brought up for review affirmed, without costs of this appeal to either party as against the other. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT CLARK, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEWIS L. RANSOM, Appellant, v. YONKERS FAMILY LAUNDRY SERVICE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that the admissibility of the oral evidence under the separate defense should be determined upon the trial and not upon affidavits. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ESTATE PROPERTY CORPORATION, Appellant, Respondent, v. HUDSON COAL COMPANY, Respondent, Appellant.— Order so far as appealed from affirmed, without costs, with leave to the plaintiff within twenty days from service of order to serve an amended complaint pleading over as to the second cause of action and, as to the first cause of action, only in so far as it relates to the claim for damages for the alleged removal of equipment. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 590.]

MARGARET KING, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

AUGUST W. DEGE, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

KESBEC SALES COMPANY, Respondent, v. WILLIAM ORNER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ELIZABETH A. REILLY, Respondent, v. MAYER ADVERTISING CO., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Transfer Tax upon the Estate of WENCESLAO BORDA, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.